UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN RAILCAR INDUSTRIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, SPECIALTY RISK SERVICES, LLC, and RANDY P. MURPHY, | ) ) ) ) |
| Defendants. | ) ) |

No. 4:13-CV-778 CAS

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that Counts II, III, and IV of plaintiff's complaint are **DISMISSED with prejudice**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>30th</u> day of January, 2014.